476 A.2d 88

Commonwealth v. Moore, Appellant.

Petition for Allowance of Appeal Denied Jan. 22, 1985.

 Submitted December 14, 1983. Harold Diamond, for

appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and CIRILLO and JOHNSON, JJ.

Affirmed.